# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>                Plaintiff(s),<br><br>vs.<br><br>S&S FUELS MANAGEMENT II, LLC,<br><br>                Defendant(s). | Case No. 2:17-cv-00309-GMN-NJK<br><br>**ORDER** |

     Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The Court hereby **SETS** a hearing on that application for 11:00 a.m. on February 16, 2017, in Courtroom 3A.

     IT IS SO ORDERED.

     Dated: February 10, 2017

                                                NANCY J. KOPPE<br>                                                UNITED STATES MAGISTRATE JUDGE