Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant S&S Fuels Management II, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>S&S FUELS MANAGEMENT II, LLC,<br><br>Defendant. | Case No.  2:17-cv-00309-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant S&S Fuels Management II, LLC ("Defendant") and Plaintiff Kevin Zimmerman ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 31st day of October, 2017. | DATED this 31st day of October, 2017. |
| THE WILCHER FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Whitney C. Wilcher* | /s/ *Brian L. Bradford* |
| Whitney C. Wilcher<br>Nevada Bar No. 7212<br>8465 W. Sahara Avenue, Ste. 111-236<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Brian L. Bradford<br>Nevada Bar No. 9518<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendant S&S Fuels Management II, LLC* |

**ORDER**

**IT IS SO ORDERED.**

DATED this __2__ day of November, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

31825924.1